**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7058**

---

MARK SAMUEL HOSKIE,

                                        Plaintiff - Appellant,

        versus

WESTERN TIDEWATER REGIONAL JAIL,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-96-801)

---

Submitted:  January 15, 1998        Decided:  January 28, 1998

---

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Mark Samuel Hoskie, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Hoskie appeals from a district court order dismissing his 42 U.S.C. § 1983 (1994) complaint based on Hoskie's failure to comply with the district court's prior order directing Hoskie to particularize his complaint. Because Hoskie may proceed with this action by amending his complaint to provide the information requested by the court, his appeal is interlocutory and not subject to appellate review under <u>Domino Sugar Corp. v. Sugar Workers Local 392</u>, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>